===============================================================================

\* \* \* \* \* **UNITED STATES DISTRICT COURT** \* \* \* \* \*

__*NORTHERN*__ **DISTRICT OF** __*NEW YORK*__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.**   9:05cv1542 (GLS/DRH)

**BELA BORCSOK,**

        **Plaintiff(s),**

**GEORGE PATAKI; BRION TRAVIS; NEW YORK STATE DIVISION OF PAROLE; GARY FILION; and ISRAEL RIVERA,**

        **Defendant(s).**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_x\_\_\_\_ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that this action is dismissed and that Plaintiff's in forma pauperis application is denied, all in accordance with the Decision and Order of the Hon. Gary L. Sharpe, US District Judge, dated 3/29/06.

*[signature]*
Clerk of Court

**DATE: March 29, 2006**

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK